AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALEXEY SVETLICHNYY | ) | Case No. |
| | ) | 14- 5058 (JGD) |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  3/2010 through 10/2013  in the county of  Middlesex  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 1341 | Use of the interstate mails in furtherance of a scheme to defraud |
| 18 USC § 1343 | Use of interstate and international wire communications in furtherance of a scheme to defraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT OF FBI SPECIAL AGENT KIMBERLY V. BLACKWOOD

☑ Continued on the attached sheet.

_Complainant's signature_

Kimberly V. Blackwood, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 05/23/2014

_Judge's signature_

City and state: Boston, Massachusetts       Judith G. Dein, United States Magistrate Judge
_Printed name and title_